WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Patrick Castro, | No. CV-18-04715-PHX-JZB |
| Plaintiff, | **ORDER** |
| v. | |
| C&C Verde LLC, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Motion to Reconsider Order Vacating the Default Judgments Against Christopher Conforti and C&C Verde, LLC. (Doc. 51).

**I.    Background**

On December 7, 2022, this Court issued an Order adopting in part and declining to adopt in part the Magistrate Judge's Report and Recommendation. (Doc. 46). That Order set aside the entries of default and default judgment as to Defendant Nicholas Conforti and vacated the default judgments—but not the entries of default themselves—against remaining Defendants Christopher Conforti and C&C Verde, LLC. (Id. at 10). The Court set aside the default judgments as to Nicholas and C&C Verde because there remained a joint and severally liable Defendant as to whom the matter had not yet been adjudicated: Nicholas Conforti. (Id. at 9).

Later that same day, Plaintiff voluntarily dismissed, with prejudice, Defendant Nicholas Conforti. (Doc. 47). On December 8, 2022, Defendants filed a Motion for Evidentiary Hearing on Damages, which remains pending. (Doc. 49).

On December 19, Plaintiff submitted his Motion to Reconsider, asking the Court to reconsider vacating the default judgments against Christopher and C&C Verde. (Doc. 51).

**II.    Discussion**

District courts maintain discretion to reconsider rulings only where there is good cause to do so. See, e.g., Norris v. Shenzhen IVPS Tech. Co. Ltd., No. CV-20-01212-PHX-DWL, 2022 WL 17537984, at *1 (D. Ariz. Dec. 8, 2022). The Local Rules of this Court provide that such good cause consists of either "manifest error or a showing of new facts or legal authority that could not have been brought to its attention earlier with reasonable diligence." LRCiv. 7.2(g)(1).

The Local Rules also provide that the nonmoving party may not file a response unless ordered by the Court, but no motion for reconsideration may be granted unless the Court provides an opportunity for response. LRCiv. 7.2(g)(2).

Because Plaintiff's arguments appear to have some merit, the Court will allow Defendants to file a response.

Accordingly,

**IT IS HEREBY ORDERED** that Defendants Christopher Conforti and C&C Verde, LLC may file a response to Plaintiff's Motion to Reconsider (Doc. 51) no later than January 24, 2023.

**IT IS FURTHER ORDERED** that if Defendants file a timely response, Plaintiff shall have seven days after service of the response to file a reply, if he so desires.

Dated this 9th day of January, 2023.

Honorable Stephen M. McNamee
Senior United States District Judge